1 STEVEN G. KALAR
Federal Public Defender
2 DIANA A. GARRIDO
Assistant Federal Public Defender
3 160 West Santa Clara Street
Suite 575
4 San Jose, CA 95113
Telephone: (408) 291-7753
5
Counsel for Defendant KENNEDY
6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN JOSE DIVISION

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, ) | No. CR 12-00783 LHK |
| ) | |
| 11 Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING DATE |
| 12 vs. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| 13 LEO JOSHUA KENNEDY, ) | |
| ) | |
| 14 Defendant. ) | |
| ) | |
| 15 _____ ) | |

16    The defendant, Leo Joshua Kennedy, represented by Assistant Federal Public Defender

17 Diana A. Garrido, and the government, represented by Assistant United States Attorney Jeffrey

18 B. Schenk, hereby stipulate that, with the Court's approval, the status conference currently set

19 for Wednesday, January 9, 2013 at 9:00 a.m., shall be continued to Wednesday, February 13,

20 2013 at 9:00 a.m.

21    The continuance is requested to provide both defense counsel and the government with

22 additional time to review discovery and to negotiate an appropriate resolution. The continuance

23 would provide both parties with the reasonable time necessary for effective preparation.

24 Accordingly, both parties respectfully request that the time between January 9, 2013 and

25 February 13, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

26 (B)(iv).

Dated: December 19, 2012

                STEVEN G. KALAR
                Federal Public Defender

                /s/
                DIANA A. GARRIDO
                Assistant Federal Public Defender

Dated: December 19, 2012

                MELINDA HAAG
                United States Attorney

                /s/
                JEFFREY B. SCHENK
                Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the time between January 9, 2013 and February 13, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: December 28, 2012

_____
THE HONORABLE LUCY H. KOH
United States District Judge